HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
MARIO ANTHONY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> MARIO ANTHONY OCHOA ) <br> ) <br> Defendant. ) <br> _____ ) | CR.S-06-314 FCD <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br><br> Judge: Hon. Frank C. Damrell, Jr. |

-o0o-

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Mary L. Grad, and defendant Mario Anthony Ochoa, by and through his counsel, Hayes H. Gable, III, agree and stipulate to vacate the existing status conference in the above-captioned action, September 25, 2006, and to continue the matter to October 23, 2006, at 9:30 a.m. for status conference/change of plea.

The reason for this request is that the defense requires additional time to evaluate the terms of the proposed plea agreement and to do further research regarding the defendant's criminal history.. The parties further agree and stipulate that the period for the filing of this stipulation until October 23, 2006, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and

Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

    Counsel for the government has authorized the execution of this stipulation on her behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: September 18, 2006     s/Hayes H. Gable, III  
                                         HAYES H. GABLE III  
                                         Attorney for Defendant  
                                         MARIO ANTHONY OCHOA

Dated: September 18, 2006     MCGREGOR W. SCOTT  
                                         United States Attorney

                             By:    s/Hayes H. Gable, III for  
                                         MARY L. GRAD  
                                         Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 18, 2006     /s/ Frank C. Damrell Jr.  
                                         FRANK C. DAMRELL, JR.  
                                         U.S. District Court Judge