Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARIO OCHOA

FILED
FEB 2 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 06 0314 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION & ORDER CONTINUING MOTION TO REDUCE SENTENCE |
| MARIO OCHOA, | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582( c)(2) is now on calendar for February 23, 2009 at 10:00 a.m.

2. Counsel was just appointed to represent Mr. Ochoa. Counsel needs time to review the record, to prepare to argue the motion or to file an amended motion, and to communicate with the client. Therefore, a continuance of the motion hearing date until **March 30, 2009** is requested.

DATED: February 17, 2009      /s/ Tim Warriner, Attorney for
                              Defendant MARIO OCHOA

DATED: February 17, 2009      /s/ Mary Grad
                              Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set for February 23, 2009 be continued to March 30, 2009 at 10:00 a.m.

DATED: 2/23/2009

UNITED STATES DISTRICT JUDGE