Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARIO OCHOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 06 0314 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION & ORDER |
| | ) | CONTINUING MOTION TO |
| | ) | REDUCE SENTENCE |
| | ) | |
| MARIO OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate to the following:

1. The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582( c)(2) is now on calendar for March 30, 2009 at 10:00 a.m.

2. Counsel is now obtaining documents necessary to evaluate and argue the motion, including a transcript of the sentencing proceedings. After obtaining these materials, counsel will need time to communicate with the client who is in the Bureau of Prisons. Both parties agree that a continuance is needed obtain the necessary documentation and for counsel to prepare, and to confer with the client. Additionally, defense counsel has been in trial since the beginning of January, and will be so engaged through the month of April, 2009. Therefore, the parties agree to continue the motion date to **May 26, 2009 at 10:00 a.m.**

DATED: March 26, 2009 /s/ Tim Warriner, Attorney for
Defendant MARIO OCHOA

DATED: March 26, 2009 /s/ Mary Grad
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set for March 30, 2009 be continued to May 26, 2009 at 10:00 a.m.

DATED: March 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE