1 Timothy E. Warriner
  Attorney at Law
2 813 6ᵗʰ St., Suite 450
  Sacramento, CA 95814
3 (916) 443-7141

4 Attorney for defendant,
  MARIO OCHOA
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )      No. CRS-06-0314 FCD
                                      )
10         Plaintiff,                 )      STIPULATION & ORDER
                                      )      CONTINUING MOTION TO
11                                    )      REDUCE SENTENCE
                                      )
12 MARIO OCHOA,                       )
                                      )
13         Defendant.                 )
                                      )
14
   The parties hereby stipulate to the following:
15
        1.    The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C.
16
              § 3582( c)(2) is now on calendar for June 1, 2009 at 10:00 a.m.
17
        2.    Counsel needs additional time to communicate with the client, who is in prison out of
18
              state. Additionally, defense counsel will be in trial for the next three weeks. Both
19
              parties agree that a continuance is needed for counsel to prepare, and to confer with
20
              the client. Therefore, the parties agree to continue the motion date to **August 17,**
21
              **2009 at 10:00 a.m.**
22
   DATED: May 28, 2009       ____/s/ Tim Warriner, Attorney for____
23                                   Defendant MARIO OCHOA

24
   DATED: May 28, 2009       ____/s/ Mary Grad____
25                                   Assistant U.S. Attorney

26

27

28

1

ORDER

2       GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set

3   for June 1, 2009 be continued to August 17, 2009 at 10:00 a.m.

4

5   DATED: 5/28/09

6

                                 FRANK C. DAMRELL, JR.

7                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28