1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   MARIO OCHOA
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,       )   No. CR. S-06-0314 FCD
                                    )
10         Plaintiff,               )   STIPULATION AND ORDER
                                    )   CONTINUING MOTION TO
11                                  )   REDUCE SENTENCE
                                    )
12 MARIO OCHOA,                     )
                                    )
13         Defendant.               )
   _____)
14
   The parties hereby stipulate to the following:
15
       1.   The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C.
16
            § 3582( c)(2) is now on calendar for November 2, 2009 at 9:30 a.m.
17
       2.   Additional time is needed by defense counsel in order to communicate with the client,
18
            review the government's opposition, and to file a response thereto.  Both parties
19
            agree that a continuance is needed for counsel to prepare, and to confer with the
20
            client.  Therefore, the parties agree to continue the motion date to **December 14,**
21
            **2009 at 10:00 a.m.**
22
   DATED: October 30, 2009         /s/ Tim Warriner, Attorney for
23                                  Defendant MARIO OCHOA

24
   DATED: October 30, 2009         /s/ Mary Grad
25                                  Assistant U.S. Attorney

26

27

28

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set for November 2, 2009 be continued to December 14, 2009 at 10:00 a.m.

DATED: October 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE