Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARIO OCHOA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-06-0314 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING MOTION TO REDUCE SENTENCE |
| | ) | |
| MARIO OCHOA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. The hearing date for the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582( c)(2) is now on calendar for December 14, 2009 at 10:00 a.m.

2. Additional time is needed by defense counsel in order to obtain and review documents related to this case, and to file a response thereto. Both parties agree that a continuance is needed for counsel to prepare, and to confer with the client.

Therefore, the parties agree to continue the motion date to **January 25, 2010 at 10:00 a.m.**

DATED: December 11, 2009   /s/ Tim Warriner, Attorney for
                           Defendant MARIO OCHOA

DATED: December 11, 2009   /s/ Mary Grad
                           Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the motion to reduce sentence set for December 14, 2009 be continued to January 25, 2010 at 10:00 a.m.

DATED: December 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE