Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
MARIO ANTHONY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 06-314 MCE |
| ) | |
| Plaintiff, ) | **STIPULATED MOTION AND ORDER TO** |
| ) | **REDUCE SENTENCE PURSUANT TO 18** |
| v. ) | **U.S.C. § 3582(c)(2)** |
| ) | |
| MARIO ANTHONY OCHOA, ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| Defendant. ) | |
| ) | |
| _____ ) | |

　　　　Defendant, MARIO ANTHONY OCHOA, by and through his attorney, Timothy E. Warriner, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On July 23, 2007, this Court sentenced Mr. Ochoa to a term of imprisonment of 90 months;

　　　　3.　　His original base offense level was 34, his total offense level was 31, and with a criminal history category of VI, his resulting

guideline range was 188 to 235 months.  He received a sentence of 90 months on the government's motion;

    4.   The sentencing range applicable to Mr. Ochoa was subsequently lowered by the United States Sentencing Commission in Amendment 750. His new base offense level is 28, his new total offense level is 25, and with a criminal history category of VI, his new resulting guideline range is 110 to 137 months, and a sentence at the low end of the new guideline range with a departure comparable to the reduction he received at the original sentencing would be 66 months;

    5.   Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Ochoa's term of imprisonment to term of 66 months.

DATED:  November 8, 2011       /s/ Timothy E. Warriner, Attorney for
                               Defendant, Mario Anthony Ochoa

DATED:  November 8, 2011       /s/ Phillip A. Talbert, First Assistant
                               United States Attorney

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On July 23, 2007, this Court sentenced Mr. Ochoa to a term of imprisonment of 90 months.  The parties agree, and the Court finds, that Mr. Ochoa is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 31 to 25.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 66 months.

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE

1  IT IS FURTHER ORDERED that all other terms and provisions of the
2 original judgment remain in effect.
3  Unless otherwise ordered, Mr. Ochoa shall report to the United
4 States Probation office closest to the release destination within
5 seventy-two hours after his release.

Dated: November 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-3-