# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Mario Anthony Ochoa          **Docket Number:**   0972 2:06CR00314-01

**Name of Judicial Officer**:   Chief United States District Judge Morrison C. England, Jr.

**Date of Original Sentence:**   7/23/2007

**Original Offense:** 21 U.S.C. § 841(a)(1) – Distribution of Cocaine Base  (Class A Felony)

**Original Sentence:**

90 months custody of the Bureau of Prisons; 60 months Supervised Release; $100 Special Assessment

**Special Conditions:**

Warrantless search
Correctional treatment program
Substance abuse testing
Pager/cellular phone restrictions
Aftercare co-payment
Drug offender registration


**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   11/24/2011

**Other Court Actions:**

<u>11/09/2011</u>:   Due to the retirement of Senior United States District Judge Frank C. Damrell, case is transferred to United States District Judge Morrison C. England, Jr., by order of Chief United States District Judge Anthony W. Ishii.

<u>11/17/2011</u>:   Amended Judgment filed reducing sentence from 90 months BOP to 66 months.

<u>03/17/2014</u>:   Probation 12A – Report on Offender Under Supervision, signed by Judge England, approving the probation officer's plan to continue supervision of the offender.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**The Court adopts the special conditions recommended by the probation officer on page 17 of the presentence report and imposes all of those listed as special conditions.**

**The defendant shall also comply with the following special conditions:**

7. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

8. The defendant shall complete 80 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by August 7, 2015.

**Justification:** Mr. Ochoa began his term of supervised release on November 24, 2011. On May 21, 2014, Mr. Ochoa was arrested for Driving Under the Influence of Alcohol (DUI). He was convicted of a misdemeanor and placed on 3 years informal probation, and ordered to complete the First Offender DUI program.

Mr. Ochoa has struggled to find permanent employment while on supervision but was recently hired full-time at the Dollar Tree warehouse in Stockton, California. He is in compliance with all other terms and conditions of his supervision. He is also in compliance with his state court conditions regarding the DUI conviction and will complete his DUI class in the next two weeks. Mr. Ochoa does not feel he has a problem with alcohol. He does, however, understand the serious nature of the new law violation. The community service hours are recommended as a sanction for the new law violation. Any further issues regarding alcohol occurring while on supervision will result in additional sanctions and participation in counseling.

Respectfully submitted,

*/s/ Wendy E. Reyes*

**WENDY E. REYES**
**United States Probation Officer**
Telephone: (916) 683-4375

**DATED:**     1/7/2015

Reviewed by,

*/s/ Jack C. Roberson*

**JACK C. ROBERSON**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  January 15, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CC:

United States Probation

Assistant United States Attorney:  To be assigned

Defense Counsel:  To be assigned